# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Wayne Porter, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 3:14-cv-373 |
| | ) | |
| vs. | ) | 3:85-cr-62-1 |
| | ) | |
| United States of America, | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 26, 2014 Order.

August 26, 2014

Frank G. Johns, Clerk
United States District Court